**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| FLASHOVER MAINTENANCE LLC, ) | CASE NO. 1:26-CV-01850-DAR |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DAVID A. RUIZ |
| vs. ) | |
| ) | |
| CBRE, INC., *et. al*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**<u>JOINT MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Defendants CBRE, Inc., CBRE Group, Inc., and FacilitySource, LLC ("Defendants") and Plaintiff Flashover Maintenance, LLC submit this joint motion for an extension of time for Defendants to respond to Plaintiff's Complaint. The parties agree that Defendants shall have up to and including September 1, 2026 to respond to Plaintiff's Complaint. Good cause exists because counsel for Defendants was recently retained and requires additional time to review the Complaint and confer with its clients, and a single response date permits all Defendants to respond on one schedule. The parties previously agreed to this extension of time in the state court action filed in the Richland County Court of Common Pleas and, therefore, move to apply the same extension to this removed action. Defendant CBRE Group, Inc. was initially served on July 7, 2026, while Defendants CBRE, Inc. and FacilitySource, LLC were served on July 27, 2026 and July 28, 2026, respectively. Measured from each Defendant's respective response date, the total extension is nineteen days as to CBRE Group, Inc., fifteen days as to CBRE, Inc., and fourteen days as to FacilitySource, LLC.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Alex Freitag by Graycen W. Hill per email authority dated August 7, 2026* | */s/ Graycen W. Hill* |
| Brian D. Bardwell (0098423) | Robert J. Tucker (0082205) |
| Alex Freitag (0089336) | Graycen W. Hill (0102160) |
| Speech Law, LLC | **BAKER & HOSTETLER LLP** |
| 4403 Saint Clair Ave, Suite 400 | 200 Civic Center Drive, Suite 1200 |
| Cleveland, OH 44103-1125 | Columbus, Ohio  43215 |
| 216-912-2195 Phone/Fax | Telephone:  (614) 228-1541 |
| brian.bardwell@speech.law | Facsimile:  (614) 462-2616 |
| alex.freitag@speech.law | Email:  rtucker@bakerlaw.com |
| | Email: ghill@bakerlaw.com |

*Attorneys for Plaintiff Flashover Maintenance, LLC*

*Counsel for Defendants CBRE, Inc., CBRE Group, Inc., and FacilitySource, LLC*

## CERTIFICATE OF SERVICE

I certify the foregoing was served on counsel for Plaintiff this 7th day of August,

2026, as follows:

Brian D. Bardwell
Alex Freitag
**Speech Law, LLC**
Brian.bardwell@speech.law
Alex.Freitag@speech.law
*Counsel for Plaintiff Flashover Maintenance, LLC*

*/s/ Graycen W. Hill*
Graycen W. Hill (0102160)

2