**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| FLASHOVER MAINTENANCE LLC, ) | CASE NO. 1:26-CV-01850-DAR |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DAVID A. RUIZ |
| vs. ) | |
| ) | |
| CBRE, INC., *et. al*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**[PROPOSED] ORDER**

Defendants CBRE, Inc., CBRE Group, Inc., and FacilitySource, LLC ("Defendants") and Plaintiff Flashover Maintenance, LLC submitted a Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint, requesting that Defendants have up to and including September 1, 2026 to respond to Plaintiff's Complaint. For good cause shown, the same is **GRANTED**. Defendants' response to Plaintiff's Complaint shall be due September 1, 2026.

**IT IS SO ORDERED.**

_____
Judge David A. Ruiz

1

Submitted by:

*/s/ Graycen W. Hill*
Robert J. Tucker (0082205)
Graycen W. Hill (0102160)
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio  43215
Telephone:  (614) 228-1541
Facsimile:  (614) 462-2616
Email:  rtucker@bakerlaw.com
Email: ghill@bakerlaw.com

*Counsel for Defendants CBRE, Inc., CBRE*
*Group, Inc., and FacilitySource, LLC*