**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| , | ) | |
| | ) | CASE NO. |
| Plaintiff(s), | ) | |
| | ) | JUDGE DAVID A. RUIZ |
| v. | ) | |
| | ) | |
| , | ) | **REPORT OF PARTIES' PLANNING** |
| | ) | **MEETING UNDER FED. R. CIV.** |
| Defendant(s). | ) | **P. 26 (f) AND L.R. 16.3(b)** |
| | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on

________________________________, 20___, and was attended by:

_________________________________ counsel for plaintiff(s)

_________________________________ counsel for plaintiff(s)

_________________________________ counsel for defendant(s)

_________________________________ counsel for defendant(s)

2A. The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26(a)(1) and the Court's prior order;

_____ will exchange such disclosures by ____________________________,20________;

_____ have not been required to make initial disclosures.



Attachment 1

2B. The parties:

_____ have agreed to a procedure for the assertion of claims of privilege or of protection as trial-preparation materials, including the timing and method for complying with Fed. R. Civ. P. 26(b)(5)(A). Include whether the parties have a proposed agreement for the Court to consider regarding Federal Rule of Evidence 502. The parties have agreed as follows:

______________________________________________________________________________

______________________________________________________________________________

_____________________________________________________________________________.

_____ have *not* agreed to a procedure for handling claims of privilege or of protection as trial-preparation materials as set forth in Fed. R. Civ. P. 26(b)(5)(A);

Plaintiff(s) propose the following procedure:

______________________________________________________________________________

______________________________________________________________________________

_____________________________________________________________________________.

Defendant(s) propose the following procedure:

______________________________________________________________________________

______________________________________________________________________________

_____________________________________________________________________________.

3. The parties recommend the following track:

- ☐ Expedited
- ☐ Standard
- ☐ Administrative
- ☐ Complex
- ☐ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

□ Early Neutral Evaluation □ Mediation □ Arbitration

□ Summary Jury Trial □ Summary Bench Trial

□ Case Not Suitable for ADR

5. The parties _____do/_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Electronically Stored Information. The Parties: (indicate one):

_____ agree that there will be no discovery of electronically-stored information; or

_____ have agreed to a method for conducting discovery of electronically-stored information; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

7. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

(b) Fact Discovery deadline:

(c) Expert Report Disclosure deadline:

(d) Rebuttal Expert Report deadline:

(e) Expert Discovery deadline:

8. Recommended dispositive motion date:

9. Recommended cut-off date for amending the pleadings and/or adding additional parties:

10. Recommended date for a Status Hearing:

11. Other matters for the attention of the Court:

12. If applicable, preliminary estimate and/or budget of the amount of anticipated attorney's fees and expenses pursuant to statutory or case-law authority. Such estimate shall include but not be limited to the following:

| Attorney's Fees | | Costs | |
|---|---|---|---|
| Preliminary Investigations & Filing of Complaint | $ ______ | Depositions | $ ______ |
| Procedural Motions Practice | $ ______ | Experts | $ ______ |
| Discovery | $ ______ | Witness Fees | $ ______ |
| | | Other | $ ______ |
| Dispositive Motions Practice | $ ______ | **TOTAL COSTS** | $ ______ |
| Settlement Negotiations | $ ______ | | |
| Trial | $ ______ | | |
| **TOTAL FEES** | $ ______ | | |

______________________________
Attorney for Plaintiff

______________________________
Attorney for Plaintiff

______________________________
Attorney for Defendant

______________________________
Attorney for Defendant